UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALICE MURPHY                       :

v.                                 :    NO. 3:03cv173 (MRK)

DANIEL K. KWIATEK
SULLIVAN, CROSS & DAVIS, INC.
                                   :

### NOTICE TO COUNSEL

On April 25, 2003, a default entered against the defendant, Daniel K. Kwiatek, for failure to respond to the complaint pursuant to FRCvP 55(a). There has been no motion for default judgment filed to date. Therefore, unless plaintiff files a motion for default judgment by December 13, 2003, an order of dismissal as to the defendant, Daniel K. Kwiatek, will be entered.

Dated at New Haven, Connecticut, this 13th day November, 2003.

BY ORDER OF THE COURT,
KEVIN F. ROWE, CLERK

*Kenneth R. Ghilardi*
Kenneth R. Ghilardi
Deputy Clerk

Dated at New Haven, Connecticut: November 13, 2003