UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALICE MURPHY

v.                                              CASE NO. 3:03CV 173 (JCH)

DANIEL K. KWIATEK                               November 17, 2003
SULLIVAN, CROSS & DAVIS, INC.

## AFFIDAVIT

1. I am the plaintiff in this action under the Fair Debt Collection Practices Act and CUTPA. I am over the age of 18 and believe in the obligation of an oath. I make this affidavit in support of my motion for default judgment.

2. I received the attached letter of May 7, 2002, from defendant seeking to collect my personal bill.

3. The letter violates the FDCPA 15 U.S.C. §1692e and §1692f because the defendant is not licensed as a consumer collection agency in Connecticut. Picht v. Jon R. Hawks, Ltd., 236 F.3d 446, 448 (8th Cir. 2001); Gaetano v. Payco, 774 F. Supp. 1404, 1414-15 (D. Conn. 1990).

4. Defendants have been the subject of other and prior similar complaints. See attached.

5. Defendants' actions were intentional and in reckless disregard of my rights under CUTPA and the FDCPA.

I verify under the penalty of perjury that the foregoing is true and correct.


Dated_____          _____
                                                Alice Murphy