# SULLIVAN, CROSS & DAVIS, INC.
## P.O. BOX 535
## WENHAM, MA. 01984
## TELEPHONE (877) 794-9100
## FASCIMILE (978) 794-5421
## HOURS: MON.-THUR. 8:00A.M. TO 9:00P.M. (EST/DST)
## FRI. 8:00A.M. TO 5:00P.M. (EST/DST)
## SAT. 8:00A.M. TO 12:00P.M. (EST/DST)

MAY 07, 2002

**Account Information**

RE: Excalibur I, LLC, as a successor
in interest to STEINBACHS
File #: 1201099
Amount: $495.23

Send Payments To:

Sullivan, Cross & Davis, Inc.
P.O. Box 535
Wenham, MA 01984

Dear ALICE MURPHY,

This office has been retained by Excalibur I, LLC, as a successor in interest to STEINBACHS to collect this account. The original creditor's account number is 203763748.

Unless you, within thirty days after receipt of this notice, dispute the validity of the above-referenced debt, or any portion thereof, the debt will be assumed to be valid by this office. If you notify this office in writing within the thirty-day period that the debt, or any portion thereof, is disputed, this office will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you by this office. Upon your written request within the thirty-day period, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Please remit your payment to our processing center at P.O. Box 535, Wenham, MA 01984. Please reference our file number on your payment for identification purposes so that the account is credited accordingly.

THIS COMMUNICATION IS SENT BY A DEBT COLLECTOR FOR THE PURPOSE OF COLLECTING A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Very truly yours,

SULLIVAN, CROSS & DAVIS, INC.

*** Before responding to this letter, see reverse side for important information. ***

⬇⬇ Detach Here And Return Coupon With Remittance. ⬇⬇

Sullivan Cross & Davis Inc
PO Box 535
Wenham MA 01984

**Account Information**
FILE #: 1201099
AMOUNT ENCLOSED: $_____

☐  ☐  ☐  ☐ DISCOVER

CREDIT CARD #: _____,
EXPIRATION DATE: _____
CARDHOLDER'S NAME: _____
SIGNATURE: _____

Make check payable to:
*Sullivan, Cross & Davis, Inc.*

ALICE MURPHY
25 SPRINGSIDE AVE APT 1B
NEW HAVEN CT 06515-1047

PROCESSING CENTER
PO BOX 410
DANVERS MA 01923-0610

P6BT8S01 SCSCD 3D179KD001*T8S*