UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LYNN FORMICA                 JURY TRIAL DEMANDED

v.                                CASE NO. 3:02CV 1174 (CFD)

SULLIVAN, CROSS & DAVIS, INC.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court's jurisdiction is conferred by 15 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3. Plaintiff is a natural person who resides in CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant has a place of business at 16 Birch Rd, Wenham MA 01984 which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating with plaintiff in an effort to collect a disputed personal debt to Steinbachs assigned to Excalibur I, LLC.

7. Defendant engaged in collection efforts and communicated with plaintiff or others on or after one year before the date of this action, in connection with collection efforts with regard to plaintiff's disputed personal debt.

FIRST COUNT

8. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692e, -f, or -g.

SECOND COUNT

     9. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

     10. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication against defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

                          THE PLAINTIFF

                          BY_____
                          JOANNE S. FAULKNER ct04137
                          123 AVON STREET
                          NEW HAVEN, CT 06511-2422
                          (203) 772-0395
                          j.faulkner@snet.net