UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALICE MURPHY

v.                                              CASE NO. 3:03CV 173 (JCH)

DANIEL K. KWIATEK                               December 10, 2003
SULLIVAN, CROSS & DAVIS, INC.

ATTORNEY'S AFFIDAVIT

Joanne S. Faulkner states:

1. I am the attorney for the plaintiff in this fair debt collection matter in which defendants conceded liability by defaulting after waiving service.

2. I have had extensive experience for over thirty years in consumer matters, including litigation, conducting seminars and publication in the field.

3. In the course of this representation, time was expended on the following matters: consultation about lawsuit; analysis of document; investigation of defendant's licensing status; legal research; prelitigation settlement offer; prepare complaint and other documents to bring suit; investigation of suits against defendant; motion practice regarding failure to appear by counsel, prepare affidavit and documents for default judgment, including fee application.

4. I request $1350.00 attorney's fees to the date of this motion (4.50 hours at $300/hr). Plaintiff will supplement the application as additional time is expended.

5. I am requesting attorney's fees at the rate of $300 per hour because I believe the rate is reasonable and reflects the lowest current market rate in the community of my peers for federal litigation. The rate was awarded in <u>Rivers-Barnes v. J&K Financial Services, Inc.</u>, Civil No. 3:01CV1939 (CFD) (D. Conn. June 28, 2002).

6. I submit this summary affidavit to keep the time expended minimal. This Court may assess the reasonableness of the amount claimed based on its familiarity with the case, normal rates in the jurisdiction, and its experience generally. <u>DeFilippo v. Morizio</u>, 759 F.2d 231, 236 (2d Cir. 1985). "The smaller the stakes, the less the required formality of proof. It would be absurd to require a litigant to incur a substantial expense in proving up a [fee] claim for only $816." <u>Vukadinovich v. McCarthy</u>, 59 F.3d 58, 60 (7th Cir. 1995).

I verify under the penalty of perjury that the foregoing is true and correct.

Dated December 10, 2003

_____
Joanne S. Faulkner