UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICE MURPHY | : | |
| | : | |
| Plaintiff, | : | NO. 3:03cv173 (MRK) |
| | : | |
| v. | : | |
| | : | |
| DANIEL K. KWIATEK, ET AL. | : | |
| | : | |
| Defendants. | : | |

## ORDER

In light of the Default entered against Defendants Daniel Kwiatek and Sullivan Cross & Davis, Inc. by this Court on November 13, 2003 [doc. #8], and the representations in the Memorandum in Support of Motion for Default Judgment against Defendants [doc.#10], the Court **GRANTS** the Motion for Default Judgment against Defendants Daniel Kwiatek and Sullivan Cross & Davis, Inc. [doc. #9]. Damages will be set by Magistrate Judge Garfinkel at a hearing he will convene for that purpose.

**Oral argument scheduled for April 1, 2004, at 10:00 a.m. is CANCELLED.**

IT IS SO ORDERED.

/s/        Mark R. Kravitz
                U.S.D.J.

**Dated at New Haven, Connecticut: March 22, 2004**.