# United States District Court
# District of Connecticut

ALICE MURPHY : 
 : 
      Plaintiff, : NO. 3:03cv173 (MRK)
 : 
v. : 
 : 
DANIEL K. KWIATEK, ET AL. : 
 : 
      Defendants. : 

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_\_    All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_\_    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

\_\_\_\_    To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

\_\_\_\_    A ruling on the following motions which are currently pending: (orefm.)
Doc#

_____    A settlement conference (orefmisc./cnf.)

_____    A conference to discuss the following: (orefmisc./cnf.)

  X     Other: (orefmisc./misc) **Hearing on Damages**


SO ORDERED this   22nd   day of   March  ,   2004   at New Haven, Connecticut.


             /s/              Mark R. Kravitz
                UNITED STATES DISTRICT COURT JUDGE