UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------x
ALICE MURPHY                            :
                                        :
         Plaintiff,                     :
                                        :         CIVIL ACTION NO.
     v.                                 :         3:03-cv-173 (MRK)
                                        :
                                        :
DANIEL K. KWIATEK, et al.               :
                                        :
         Defendants.                    :
-----------------------------------------------x
```

## ORDER REGARDING HEARING ON DAMAGES

A hearing to determine damages will be held before the Honorable William I. Garfinkel, U.S. Magistrate Judge, on **Monday, July 12, 2004** at **1:00 p.m.** at the U.S. District Court, 915 Lafayette Boulevard, Room 435, Bridgeport, Connecticut 06604.  The Clerk of the Court is requested to mail a copy of this order to all parties of record.

SO ORDERED, this the 21st day of May, 2004 at Bridgeport, Connecticut.

*/S/ William I. Garfinkel*
William I. Garfinkel
United States Magistrate Judge