UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALICE MURPHY | : | |
| | : | |
| Plaintiff, | : | NO. 3:03cv173 (MRK) |
| | : | |
| v. | : | |
| | : | |
| DANIEL K. KWIATEK, | : | |
| SULLIVAN, CROSS & DAVIS, INC. | : | |
| Defendants. | : | |

## JUDGMENT

This action came on for consideration before the Honorable Mark R. Kravitz, United States District Judge, and the Honorable William I. Garfinkel, United States Magistrate Judge, as a result of the plaintiff's Motion for Judgment Upon Default. On March 22, 2004, an Order entered granting the motion for default judgment against the defendants, Daniel Kwiatek and Sullivan Cross & Davis. A hearing on damages was held on July 12, 2004, before the Honorable William I Garfinkel, United States Magistrate Judge. On September 10, 2004, a Recommended Ruling on damages entered ordering that final judgment enter for the plaintiff, against the defendants, Daniel Kwiatek and Sullivan Cross & Davis, in the amount of $1,000.00 in statutory damages, $5000.00 in punitive damages, $1,350.00 in attorney's fees, and $150.00 in costs for a total of $7,500.00. On October 4, 2004, the Recommended Ruling was approved and accepted by the Honorable Mark R. Kravitz, United States District Judge.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the plaintiff, against the defendants, Daniel Kwiatek and Sullivan Cross & Davis, in the amount of $7,500.00.

Dated at New Haven, Connecticut this 5th day of October, 2004

                                                 KEVIN F. ROWE, Clerk
                                                 By
                                                 /s/ Kenneth R. Ghilardi
                                                 Kenneth R. Ghilardi
                                                 Deputy Clerk

EOD: _____